MELISSA HOLYOAK, United States Attorney (#9832)
BRYAN R. WHITTAKER, Assistant United States Attorney (#16764)
JONATHAN STOWERS, Assistant United States Attorney (#16374)
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCEL MALU MALANGA,<br>TYLER CHRISTIAN THOMPSON, JR.,<br>BENJAMIN REUBEN ZALMAN-POLUN,<br>and<br>JOSEPH PETER MOESSER.<br><br>Defendants. | Case No.: 2:25-cr-153-RJS-DBP<br><br>**UNITED STATES' RESPONSE TO DEFENDANT THOMPSON'S MOTION TO DISMISS**<br><br>Judge Robert Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

The United States files this Response to Defendant's Motion to Dismiss Case Due to Right to Counsel, Due Process, and Equal Protection Violations ("Motion"). Dk. Num. 126. Thompon's argument for dismissal rests upon a temporary delay in counsel receiving payment pursuant to their C.J.A. appointments. Congress has passed, and the President has now signed,[1]

[1] Congressional Bill H.R. 5371 Signed into Law. "On Wednesday, November 12, 2025, the President signed into law: H.R. 5371, the "Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026," which makes continuing appropriations and extensions for fiscal year 2026, and for other purposes." https://www.whitehouse.gov/briefings-statements/2025/11/congressional-bill-h-r-5371-signed-into-law/

a continuing resolution to reopen the government. The Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026, provides appropriations for the Judiciary including "Judicial Services Defender Services" at a rate of operations of $1,564,373,000 which may be used to make necessary payments "including panel attorneys and related service providers, due under sections 3006A and 3599(g) of title 18, United States Code." H.R. 5371, Sec 144.[2] Therefore, Thompson's Motion should be denied as moot. Accordingly, the United States will not respond on the merits of his Motion unless further ordered to do so by the Court.

RESPECTFULLY SUBMITTED this 17th day of November 2025.

MELISSA HOLYOAK
United States Attorney

Bryan R. Whittaker
______________________________
BRYAN R. WHITTAKER
Assistant United States Attorney

---

[2]https://www.congress.gov/bill/119th-congress/house-bill/5371/text