MELISSA HOLYOAK, United States Attorney (#9832)
BRYAN R. WHITTAKER, Assistant United States Attorney (#16764)
JONATHAN STOWERS, Assistant United States Attorney (#16374)
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Emails: Bryan.Whittaker@usdoj.gov
Jonathan.Stowers@usdoj.gov

KEVIN C. NUNNALLY, Trial Attorney (Virginia #43072)
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-2000

Attorneys for the United States of America

Filed with Classified Information Security Officer
CISO [signature]
Date 8/17/26

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCEL MALU MALANGA,<br>TYLER CHRISTIAN THOMPSON, JR.,<br>BENJAMIN REUBEN ZALMAN-POLUN,<br>and<br>JOSEPH PETER MOESSER,<br><br>Defendants. | Case No.: 2:25-cr-153-RJS-DBP<br><br>GOVERNMENT'S MOTION AND MEMORANDUM OF LAW FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)<br><br>**FILED *EX PARTE, IN CAMERA* AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE**<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |