IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCEL MALU MALANGA,<br>TYLER CHRISTIAN THOMPSON JR.,<br>BENJAMIN REUBEN ZALMAN-POLUN, and<br>JOSEPH PETER MOESSER,<br><br>Defendants. | Case No.: 2:25-cr-00153-RJS-DBP<br><br>ORDER<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is an Unopposed Motion to Continue Status Conference from October 23, 2026 to December 15, 2026. The parties have conferred and counsel for both parties do not oppose this motion.

Accordingly, it is hereby ORDERED that the status conference in this case will be reset to December 15, 2026, at 1:30 p.m.

IT IS SO ORDERED.

DUSTIN B. PEAD
United States Magistrate Judge

Dated: ________________