IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCEL MALU MALANGA,<br>TYLER CHRISTIAN THOMPSON JR.,<br>BENJAMIN REUBEN ZALMAN-POLUN, and<br>JOSEPH PETER MOESSER,<br><br>Defendants. | Case No.: 2:25-cr-00153-RJS-DBP<br><br>ORDER<br><br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Before the Court is an Unopposed Motion to Exclude Time under the Speedy Trial Act filed by the United States. In accordance with 18 U.S.C. § 3161(h)(7) of the Speedy Trial Act, for the reasons set forth in the motion and discussed on the record during the last status conference hearing on April 17, 2026, and for good cause shown, the Court hereby GRANTS the Motion. Specifically, the Court finds pursuant to 18 U.S.C. § 3161(h)(7) that the case is unusual and complex due to the number of defendants, the nature of the prosecution, and the potential for novel questions of fact or law, and that the ends of justice served in scheduling a trial beyond the 70-day deadline established by the Speedy Trial Act outweigh the best interest of the public and the defendants in a speedy trial. It also would be unreasonable to expect adequate preparation of counsel for pretrial proceedings or for trial itself within the limits set by the Speedy Trial Act. Based on the United States' representations in the Motion, and counsel for both parties during the

status conference hearing on April 17, 2026, the Court therefore finds that the ends of justice require an exclusion of time to allow the parties to coordinate discovery and to permit the defense to receive and assess evidence so that counsel may adequately prepare for trial.

Accordingly, it is hereby ORDERED that a status conference will be reset for December 15, 2026, and that, pursuant to 18 U.S.C. § 3161(h)(7), the period from October 19, 2026, until December 15, 2026, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act.

IT IS SO ORDERED.

ROBERT J. SHELBY
United States District Judge

Dated: 10/28/2026